# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANK SPEROW,<br><br>    Petitioner,<br><br>    v.<br><br>CONRAD M. GRABER,<br><br>    Respondent. | Case No. CV 13-1940 DMG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED:  March 31, 2014

*Dolly M. Gee*
_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE